2608
18 USC 1343

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 13 AM 10:07

UNITED STATES OF AMERICA )
vs )
Alejandro Lopez (1) )

CASE NUMBER 07CR2918-H

ABSTRACT OF ORDER

Booking No. 05656298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of November 13, 2007

the Court entered the following order:

________ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 100,000 P/S bond posted.

✓ Defendant appeared in Court. FINGERPRINT & RELEASE.

________ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

________ Defendant sentenced to TIME SERVED, supervised release for ______ years.

________ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

________ Bench Warrant Recalled.

________ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

________ Other. ________

NITA L. STORMES

UNITED STATES MAGISTRATE JUDGE

OR

Received ________
DUSM

by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY