KAREN P. HEWITT
United States Attorney
YESMIN E. SAIDE
Assistant U.S. Attorney
California State Bar No. 067386
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6755/(619) 557-7055 (Fax)
Email: yesmin.saide@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO LOPEZ, ET AL.<br>Defendants. | Criminal Case No. 07CR2918-W<br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Yesmin E. Saide | 067386 | (619) 557-6755 | yesmin.saide@usdoj.gov |
| Valerie Chu | 241709 | (619) 557-7837 | valerie.chu@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|

Please call me if you have any questions about this notice.

DATED: November 16, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/YESMIN E. SAIDE
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
**Email: yesmin.saide@usdoj.gov**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO LOPEZ, ET AL.<br>Defendants. | Criminal Case No. 07CR2918-W<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. : I have caused service of: Government's Notice of Appearance on the following parties by faxing a copy to: Ezekiel Cortez, Esq., Fax: 619-237-8052 (Def. 1); Gregory Vega, Esq., Fax 619-702-6814 (Def. 2); Kurt D. Hermansen, Esq., Fax: 619-236-8400 (Def. 3); and Scot Savary, Esq. 888-300-4339 (Def. 4) .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007.

s/ Yesmin E. Saide
YESMIN E. SAIDE