AO 455(Rev. 5/85) Waiver of Indictment

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALEJANDRO LOPEZ

WAIVER OF INDICTMENT

CASE NUMBER: '07 CR 2918 H

I, ALEJANDRO LOPEZ, the above named defendant, who is accused of: Title 18, U.S.C. Sec. 371 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C. Sec. 981(A)(1)(C) and Title 28, U.S.C. Sec. 2461(c)- Forfeiture, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-13-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ALEJANDRO LOPEZ
Defendant

09/18/07
Date

Ezekiel Cortez
Attorney for Defendant

Before
JUDICIAL OFFICER

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY