**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CR-2918-H<br><br>**ORDER GRANTING JOINT MOTION MODIFYING DEFENDANT'S CONDITIONS OF RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that the travel conditions restricting travel to the Southern District of California and District of Arizona be modified to allow the defendant to travel throughout the State of California and Nevada from December 23, 2007 to January 7, 2008.

IT IS FURTHER ORDERED that the defendant report to Pretrial Services prior to his departure and upon return from his trip.

IT IS SO ORDERED.

Dated: December 13, 2007

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT