Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

Attorney for Defendant: Alejandro Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07CR-2918-H<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY REQUESTED**¸ BY THE PARTIES IN THE CASE, Plaintiff, United States of America, by and through it’s counsel, Karen P. Hewitt, United States Attorney, and Yesmine E. Saide, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Alejandro Lopez, respectfully requesting that the sentencing hearing presently set for February 04, 2008 at 9:00 a.m. be continued until March 17, 2008 at 9:00 a.m.

The parties agree that the time between February 04, 2008 and March 17, 2008 is excludable under the Speedy Trial Act for acceptance of plea.

The undersigned defense attorney for Alejandro Lopez contacted this Court's clerk to obtain the new date and the new date is agreeable to both parties. A proposed order with respect to this motion is being submitted directly to the Court via

efile huff@casd.uscourts.gov.

Defendant Alejandro Lopez is out of custody on bond. An acknowledgement of the next court date is being filed with this joint motion.

Dated: January 28, 2008

/S/ Signature on File by consent
YESMINE E. SAIDE
Assistant United States Attorney

Dated: January 28, 2008

/S/ Signature on File
EZEKIEL E. CORTEZ

Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

Attorney for Defendant: Alejandro Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | ) | Case No. 07CR-2918-H<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the **Joint Motion to Continue Sentencing Hearing** on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2008

/S/Ezekiel E. Cortez
Ezekiel E. Cortez