EZEKIEL E. CORTEZ
CA Bar No. 112808
1010 Second Avenue, Suite 1850
San Diego, California 92101
California State Bar # 112808
(619) 237-0309

Attorney for Defendant Alejandro Lopez

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO LOPEZ<br><br>Defendant, | Criminal Case No. 07CR-2918-H<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

The defendant, Alejandro Lopez, by and through his counsel of record, Ezekiel E. Cortez, hereby acknowledges that his next court date is March 17, 2008 at 9:00 a.m., at which time he will appear before this Court for sentencing in the above entitled matter.

Dated: 1-28-08

ALEJANDRO LOPEZ
Defendant

Dated: 1/28/08

EZEKIEL E. CORTEZ
Attorney for Defendant
Alejandro Lopez