**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALEJANDRO LOPEZ, Defendant. | CASE NO. 07-CR-2918 H<br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court grants the above-entitled motion.

The Court **ORDERS** that the sentencing hearing presently set for February 4, 2008 at 9:00 a.m. be continued until **March 17, 2008 at 9:00 a.m.** The Court finds that there is excludable time under the Speedy Trial Act. The defendant is currently on bond and has filed an Acknowledgment of Next Court Date.

**IT IS SO ORDERED.**

Dated: January 29, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT