Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Alejandro Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07CR-2918-H<br><br>**JOINT MOTION FOR CONTINUANCE** |

**COMES NOW** the parties, Yesmin E. Saide, Assistant United States Attorney, Valerie H. Chu, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Alejandro Lopez, respectfully requesting that the sentencing hearing presently set for March 17, 2008 at 9:00 a.m. be continued until April 21, 2008 at 9:00 a.m.

//

//

//

//

//

//

//

The parties agree that the time between March 17, 2008 and April 21, 2008 is excludable under the Speedy Trial Act for acceptance of plea.

Defendant Lopez is out of custody on bond. An acknowledgment of next court date is being filed simultaneously to this joint motion.

Dated: 3/11/08

/S/ Yesmin E. Saide by consent
YESMIN E. SAIDE
Assistant United States Attorney

Dated: 3/11/08

/S/ Valerie H. Chu by consent
VALERIE H. CHU
Assistant United States Attorney

Dated: 3/11/08

/S/ Ezekiel E. Cortez
EZEKIEL E. CORTEZ
Attorney for Defendant
Alejandro Lopez

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com
Attorney for Defendant: Alejandro Lopez

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07-CR-2918-H<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 March 2008

/S/Ezekiel E. Cortez
Ezekiel E. Cortez