Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Alejandro Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07CR-2918-H<br><br>**AKNOWLEDGMENT OF NEXT COURT DATE** |

The defendant, Alejandro Lopez, by and through his counsel of record, Ezekiel E. Cortez, hereby acknowledges that his next court date is April 21, 2008 at 9:00 a.m., at which time he will appear before this Court for sentencing in the above entitled matter.

Dated: 3/11/08

/S/ Ezekiel E. Cortez
EZEKIEL E. CORTEZ
Attorney for Defendant
Alejandro Lopez

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Alejandro Lopez

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07-CR-2918-MLH<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Acknowledgment of Next Court Date on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 March 2008

/S/Ezekiel E. Cortez
Ezekiel E. Cortez