Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Alejandro Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | Case No. 07CR-2918-H<br><br>**DEFENDANT'S SIGNED AKNOWLEDGMENT OF NEXT COURT DATE** |

I, Alejandro Lopez, hereby acknowledge that my next court date is April 21, 2008 at 9:00 a.m., at which time I will appear before this Court for sentencing in the above entitled matter.

Dated: 3-11-08

[signature]
ALEJANDRO LOPEZ