**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>ALEJANDRO LOPEZ,<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CR-2918-H<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF SENTENCING** |

**THE COURT HEREBY ORDERS** that the hearing presently set for March 17, 2008 at 9:00 a.m. be continued until **April 21, 2008 at 9:00 a.m.** Defendant Alejandro Lopez is out on bond and has filed an acknowledgment of next court date. The Court finds there is excludable time under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: March 12, 2008

[signature]

HON. MARILYN L. HUFF
U.S. District Court Judge