FILED

APR 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO LOPEZ (1),<br>Defendant. | Case No. 07cr2918-H<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, ALEJANDRO LOPEZ (1) ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as property which constitutes or is derived from the proceeds traceable to the commission of the conspiracy of which the Defendant is convicted; and

WHEREAS, on or about November 13, 2007, the Defendant, pled guilty before Magistrate Judge Nita L. Stormes to the one-count Information, and on April 21, 2008, this Court accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture allegations pursuant to Title 18 and Title 28 as set forth in the Information and an agreement to the entry of a **$400,000** judgment against the Defendant in favor of the United States; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that **$400,000** (U.S. dollars) represents the proceeds the

Defendant derived from the conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 371, as charged in the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of **$400,000**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the **$400,000** judgment and the offense; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant ALEJANDRO LOPEZ (1) shall forfeit to the United States the sum of **$400,000** pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

2. The Clerk of the Court is directed to enter a judgment in favor of the United States against Defendant ALEJANDRO LOPEZ (1) in the amount of **$400,000** with interest to accrue thereon in accordance with law; and

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment; and

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed **$400,000** to satisfy the money judgment in whole or in part; and

//

//

6. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED: 4-21-08

Marilyn L. Huff
MARILYN L. HUFF, Judge
United States District Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALEJANDRO LOPEZ (1), Defendant. | Case No. 07cr2918-H<br>CERTIFICATE OF SERVICE BY FACSIMILE |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I transmitted via facsimile machine, at San Diego, California, , in the above-entitled action, a copy of **PRELIMINARY ORDER OF CRIMINAL FORFEITURE**, to Ezekiel E. Cortez, at his correct and current facsimile number, (619) 237-8052.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008.

Mary I. Apgar

MARY I. APGAR